No. 223. BLOCK *v.* BLOCK. On petition for writ of certiorari to the Supreme Court of Ohio. *Per Curiam:* The petition for writ of certiorari is granted; the judgment is vacated, and the cause is remanded to the Supreme Court of Ohio for clarification as to whether its decision rests on state or federal grounds. See *Halvey* v. *Halvey,* 330 U. S. 610. *Henry B. Street* and *Philip R. Toomin* for petitioner. *Murray Seasongood* and *Robert P. Goldman* for respondent.

No. 271. UNITED STATES *v.* COLOTTA ET AL., DOING BUSINESS AS LONG & CHAMBLESS PLUMBING & HEATING Co. On petition for writ of certiorari to the Supreme Court of Mississippi. *Per Curiam:* The petition for writ of certiorari in this case is granted and the judgment is reversed. MR. JUSTICE DOUGLAS dissents. *Solicitor General Sobeloff, Assistant Attorney General Holland, Marvin E. Frankel, Ellis N. Slack, A. F. Prescott* and *Fred E. Youngman* for the United States.

No. 30, Misc. GREGORY *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Court of Appeals for consideration on the merits. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.